IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-2417-MSK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

215 GOLD TRAIL, BOULDER, COLORADO,
2002 SUBARU OUTBACK, VIN 4S3BH665826654543,
2002 TRIUMPH MOTORCYCLE, VIN SMT395DJ92J150514,
2002 LANCE CAMPER, S/N 148434,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Motion for Appointment of Counsil** [sic] filed by Lewis S. Perkins on June 6, 2005. This is a civil forfeiture action pursuant to 21 U.S.C. § 881, wherein the United States seeks forfeiture of the defendant properties. Mr. Perkins states that the properties are his, and he seeks appointment of counsel to assist him in this matter. On June 17, 2005, Mr. Perkins, by and through counsel, filed a Verified Statement of Interest or Right. Therefore, it appears that Mr. Perkins has obtained counsel to represent him in this matter.

IT IS ORDERED that the Motion for Appointment of Counsil [sic] is DENIED AS MOOT.

Dated June 23, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge