IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02417-MSK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

215 GOLD TRAIL, BOULDER, COLORADO,
2002 SUBARU OUTBACK, VIN 4S3BH665826654543,
2002 TRIUMPH MOTORCYCLE, VIN SMT395DJ92J150514, and
2002 LANCE CAMPER, S/N 14834,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Unopposed Motion to Vacate and Continue Scheduling Order and Conference** (docket entry no. 21, the "Motion"), filed on July 14, 2005.

    IT IS ORDERED that the Motion is GRANTED, the Scheduling Conference set for July 26, 2005, is VACATED, and the parties are to submit a Status Report on or before **August 19, 2005**.


DATED: July 15, 2005