IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02417-MSK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

215 GOLD TRAIL, BOULDER, COLORADO,
2002 SUBARU OUTBACK, VIN 4S3BH665826654543,
2002 TRIUMPH MOTORCYCLE, VIN SMT395DJ92J150514, and
2002 LANCE CAMPER, S/N 14834,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Uncontested Motion to Vacate Settlement Conference - Verbal Settlement** (the "Motion"), filed on April 20, 2006.

      IT IS ORDERED that the Motion is GRANTED and the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **June 2, 2006**, or a status report addressing why dismissal has not been accomplished.

      IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.


DATED: April 21, 2006