IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02417-MSK-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

215 GOLD TRAIL, BOULDER, COLORADO,
2002 LANCE CAMPER, S/N 148434,
2002 SUBARU OUTBACK, VIN 4S3BH665826654543, and
2002 TRIUMPH MOTORCYCLE, VIN SMT395DJ92J150514,

    Defendant.

_____

### ORDER DISMISSING CLAIMS WITH REGARD TO CERTAIN ASSETS
_____

This matter having come before the Court on the United States' Uncontested Motion to Dismiss Certain Assets **(#45)**. Pursuant to the agreement of the parties,

IT IS HEREBY ORDERED that claims against the following items are dismissed:

2002 Subaru Outback, VIN 4S3BH665826654543; 2002 Triumph Motorcycle, VIN SMT395DJ92J150514, 2002 Lance Camper, S/N 148434.

Dated this 1st day of May 2006.

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*
                                    _____

                                    Marcia S. Krieger
                                    United States District Judge