IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02417-MSK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

215 GOLD TRAIL, BOULDER, COLORADO,
2002 SUBARU OUTBACK, VIN 4S3BH665826654543,
2002 TRIUMPH MOTORCYCLE, VIN SMT395DJ92J150514,
2002 LANCE CAMPER, S/N 148434,

Defendants.
_____

### ORDER
_____

This matter arises on the United States' **Status Report--June 2, 2006** [Doc. # 49, filed 6/2/06]. The Status Report confirms the settlement announced to the court on April 20, 2006, and requests that I order another status report in 30 days.

I am anxious to bring the matter to a conclusion, and it seems to me that more than 60 days is adequate time for the parties to complete their efforts. Accordingly:

IT IS ORDERED that a status conference is set for **July 11, 2006, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All counsel and the claimant must attend the status conference in person.

IT IS FURTHER ORDERED that the status conference will be vacated if the parties file a Motion for Final Order of Forfeiture on or before **July 10, 2006**.

Dated June 2, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge